# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN DE JESUS OSEGUERA-MEDINA,<br><br>Defendant. | Case No. 18-cr-2916-BTM<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |

Upon the motion of the Government, and for good cause shown, IT IS HEREBY ORDERED THAT:

The United States' Motion to Dismiss the Indictment Without Prejudice is GRANTED.

Dated: July 16, 2018

_____
Barry Ted Moskowitz, Chief Judge
United States District Court